FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-1722

_____

JAMES MICHAEL HATHAWAY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 2, 2021


PER CURIAM.

The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

JAY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James Michael Hathaway, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.